# APPENDIX.

## MEMORANDUM DECISIONS.

FRANCES GREEN, *Appellee*, v. ARCHIE TURNER *et al.*
(THE KANSAS BITULITHIC COMPANY, *Appellant*).

No. 17,151.

Appeal from Wyandotte district court. Opinion filed
June 10, 1911. Affirmed.

*J. M. Head, W. C. Culbertson, R. W. Crimm,* and *J. L.
Landrey,* for the appellant.

*F. M. Woods,* and *James S. Gibson,* for the appellee.

*Per Curiam:* This case is substantially like that of *Fox v.
Turner*, ante, p. 146, 116 Pac. 233, and is affirmed for the reasons
there stated. An additional ground of error is here assigned, re-
lating to the admission of evidence, but it is not found to be well
taken, or to require further discussion.

The judgment is affirmed.

---

THE FIRST NATIONAL BANK OF GARDEN CITY, KANSAS,
*Appellee*, v. E. FUGIER, *Appellant*.

No. 16,965.

Appeal from Woodson district court. Opinion filed
July 7, 1911. Affirmed.

*G. H. Lamb,* and *W. E. Hogueland,* for the appellant.

*O. H. Foster, Fred J. Evans, Edgar Foster,* and *S. C.
Holmes,* for the appellee.

*Per Curiam:* Execution of the note in suit was duly proved
and delivery was proved *prima facie* by production of the note.
The evidence does not show, as the appellant claims, that the
bank knew the note was not to be paid until the land deal was
closed. The court finds nothing in the evidence which would put
the bank on inquiry or which shows bad faith on its part. In
fact, the evidence shows a purchase in good faith. The testimony
is that the note has not been paid, but that the money deposited
by the indorsers was merely for the purpose of security.

The judgment is affirmed.